**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09-cr-00022-REB

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  KATHRYN LEE KOHLENBERG,
        a/k/a Kathryn Lee Kohlenburg,

      Defendant.

---

**MINUTE ORDER**[1]

---

      On **August 17, 2011**, commencing at 9:00 a.m., the court shall conduct a supervised release violation hearing in the above-captioned matter.  This hearing shall be conducted at the U.S. Courthouse for the District of Colorado at 400 Rood, Room 309, Grand Junction, Colorado, 81501-2565.  That, to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the defendant's appearance for this hearing.

      Dated:  May 3, 2011

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.